UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH NICOLE ROUNDTREE,<br><br>     Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>     Defendant. | Case No. EDCV 14-00803-JEM<br><br>**JUDGMENT** |

  In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: February 17, 2015         */s/ John E. McDermott*
                    JOHN E. MCDERMOTT
                UNITED STATES MAGISTRATE JUDGE